THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. TEVLIN, Respondent, v. Mrs. CHARLES BENNETT SMITH, Individually and as President of the Civil Service Commission of the State of New York, WILLIAM GORHAM RICE and JOHN C. CLARK, Individually and as Members of the Civil Service Commission of the State of New York, Appellants.— Peremptory mandamus order granting relator's motion to direct defendant State Civil Service Commission to issue certificate showing the appointment and transfer of relator from chief detective to chief probation officer of the County Court modified so as to provide for an alternative mandamus order, and as thus modified unanimously affirmed, without costs. The determinative question as to whether or not the relator's duties, performed by him as a detective, a county detective and chief county detective, are substantially identical with those required of a probation officer and a chief probation officer, is a subject of dispute between the parties by reason of the denials of the allegations to that effect contained in the answer of defendant State Civil Service Commission. (People ex rel. Corrigan v. Mayor, 149 N. Y. 215; People ex rel. Lodholz v. Knox, 58 App. Div. 541; affd., 167 N. Y. 620). Those questions must, therefore, be resolved on a trial of an alternative mandamus order. It is only upon the acceptance of relator's contentions in regard to the facts that chapter 460, Laws of 1928, ▐ can be invoked for relator's benefit on the theory that that statute is sui generis and makes inapplicable to the situation herein the sections of the Civil Service Law ▐ which the defendant Commission invokes. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

REAMA REALTY CORPORATION, Appellant, v. LENA SCHULTZ and IDA ROSOFF, Respondents.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Hagarty, Scudder and Tompkins, JJ., concur; Kapper, J., dissents.

JULIUS R. SCHMELTZER and Others, Composing the Firm of J. R. SCHMELTZER & Co., Respondents, v. JULES HAFT and Others, Appellants.— Order granting motion to consolidate with this action five New York county actions, in each of which one of the defendants here is plaintiff, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MYRA SHAW, Appellant, v. ATLANTIC AMUSEMENT COMPANY, Respondent.— Judgment dismissing complaint affirmed, with costs. No opinion. Lazansky, P. J., Carswell and Tompkins, JJ., concur; Young and Hagarty, JJ., dissent and vote for reversal and a new trial, being of opinion that an issue of fact was presented as to the negligence of the attendant, defendant's employee. Plaintiff did not ask for assistance. The attendant voluntarily went into the revolving barrel, took hold of plaintiff and pulled her back. They fell and rolled around the barrel, the attendant falling upon her and breaking her arm. Plaintiff's friend called out to stop the barrel, but this was not done. Under these circumstances the case should have been submitted to the jury.